UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                         CRIMINAL ACTION NO.: 5:18-cr-104-JMH

*ELECTRONICALLY FILED*

## DEFENDANT CASSADY'S MOTION FOR RE-ARRAIGNMENT

BOBBY T. CASSADY                                                 DEFENDANT

\* \* \* \* \* \* \* \* \* \*

Comes the Defendant, BOBBY T. CASSADY, by counsel, WILLIAM M. BUTLER, JR. and hereby moves this Court for re-arraignment on the above captioned indictment.

A proposed Order is attached.

        Respectfully submitted,

        s/ William M. Butler, Jr.
        William M. Butler, Jr.
        500 West Jefferson Street
        Suite 1520
        Louisville, Kentucky 40202
        P: (502) 582-2020 (F) 502-583-8007
        wmb@kycriminallawyer.com
        Counsel for Defendant


        */s/* Adam Boyd Bleile
        ADAM BOYD BLEILE
        810 Sycamore Street, 5th Floor
        Cincinnati, OH 45202
        P: (513) 564-0088 F: (513) 263-9089
        Email: adamtheattorney@yahoo.com
        Co-counsel for Defendant

        */s/* Ashley Witte Dawson
        ASHLEY WITTE DAWSON
        810 Sycamore Street, 5th Floor
        Cincinnati, OH 45202
        P: (513) 564-0088 F: (513) 263-9089
        Email: ashleytheattorney@yahoo.com
        Co-counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2019, I electronically filed the Motion for Re-arraignment with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to the Honorable David A. Marye, Assistant United States Attorney.

William M. Butler, Jr.
William M. Butler, Jr.

/s/ Adam Boyd Bleile
ADAM BOYD BLEILE

/s/ Ashley Witte Dawson
ASHLEY WITTE DAWSON

/c:/msword/Federal 2018/Bobby Cassady Motion  Rearraignment/pg1/