**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

v.                      **CRIMINAL ACTION NO.: 5:18-cr-00104-JMH**

*ELECTRONICALLY FILED*

**<u>ORDER</u>**

**BOBBY T. CASSADY**                                                          **DEFENDANT**

* * * * * * * * * * *

Motion having been made and the Court being fully advised;

**IT IS HEREBY ORDERED** that the Defendant's Motion for Re-arraignment IS GRANTED.  Defendant's re-arraignment shall take place on the ____ day of _____, 2019 at _____ in LEXINGTON, Kentucky.